# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIANNE HAMERLING | Hon. Cathy L. Waldor, U.S.M.J.<br><br>Mag. No. 2015-7010<br><br>**NOTICE OF MOTION TO DISMISS THE CRIMINAL COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Document Electronically Filed** |

TO:

PAUL J. FISHMAN
United States Attorney
By:  Marion Percell
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

       **PLEASE TAKE NOTICE** that on a time and date determined by the Court, Dianne Hamerling, by and through her attorneys, McElroy, Deutsch, Mulvaney & Carpenter LLP, will move before the Court for an Order dismissing the Criminal Complaint pursuant to 18 U.S.C §3162.

       **PLEASE TAKE FURTHER NOTICE** that Dianne Hamerling will rely on the Letter Brief submitted herewith, as well as all papers on file, in support of the motion.

       **PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

                Respectfully submitted,

/s/ *Walter F. Timpone*
Walter F. Timpone
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
*Attorneys for Dianne Hamerling*

Dated: July 16, 2015

2721787-1        2

## **CERTIFICATE OF SERVICE**

I certify that on the date shown below, I caused copies of the foregoing Notice of Motion to Dismiss and supporting papers to be filed on the United States of America, by operation of the Court's ECF system.


By:/s/ *Walter F. Timpone*
Walter F. Timpone

Dated:  July 16, 2015