UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA<br><br>v.<br><br><br>DIANNE HAMERLING | Hon. Cathy L. Waldor, U.S.M.J.<br><br>Mag. No. 2015-7010 |
|---|---|

**[PROPOSED] ORDER**
**GRANTING DEFENDANT'S MOTION TO DISMISS**

THIS MATTER having been opened to the Court by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendant Dianne Hamerling, by "Notice of Motion to Dismiss the Criminal Complaint," and the Court having considered the submissions of the parties and heard argument, and good cause appearing,

IT IS on this _____ day of _____, 2015

ORDERED that Defendant's Motion to Dismiss the Criminal Complaint shall be and hereby is GRANTED; and it is

FURTHER ORDERED that the Criminal Complaint, and all counts pertaining to Defendant Dianne Hamerling thereof, shall be and hereby are DISMISSED WITH PREJUDICE.

_____
CATHY L. WALDOR, U.S.M.J.