July 15, 2015
Page 9 of 9

Respectfully,

_____
Eric T. Kanefsky, Esq.
Calcagni & Kanefsky,
The New Jersey Office of Harris, O'Brien,
St. Laurent & Chaudhry LLP


cc:  via ECF